# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 26, 2010

140930

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

STEVEN KELLY FLEMING,
   Defendant-Appellant.

SC: 140930
COA: 295951
Washtenaw CC: 08-000095-FH

_____/

   On order of the Court, the application for leave to appeal the March 2, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 26, 2010

_____

Clerk

p0719